PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2025

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Abrams, Kamil Eugene | Docket No. | 0980 2:25CR00075-RLP-7 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Kamil Eugene Abrams, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the Court at Spokane, Washington, on the 11th day of August 2025, under the following conditions:

**Condition #11:** Controlled Substances Prohibition: Defendant shall not use o possess any narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless of whether marijuana is legal under state law.

**Condition #12:** Prohibited Substance Testing: Defendant shall be subject to random controlled substance testing administered by Pretrial Services and/or a treatment program and such testing shall not exceed six (6) times per month unless Defendant is participating in inpatient substance abuse treatment. While participating in inpatient substance abuse treatment, the treatment facility may conduct controlled substance testing on any frequency deemed appropriate by the facility/treatment program. Defendant shall submit to any method of testing required by the Pretrial Service Office and/or treatment program for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall not in any way obstruct or attempt to obstruct or tamper with the efficiency and accuracy of prohibited substance testing.

**Condition #13:** Substance Abuse Evaluation and Treatment: Defendant shall participate and undergo a substance abuse evaluation. Pretrial Services may determine/approve the evaluators, scheduled, and place of any evaluation. Defendant shall be responsible fo cost of testing, evaluation, and treatment, unless the United States Probation Office should determine otherwise. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation Office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment and performance in the program. It shall be the responsibility of defense counsel to provide such waivers. Following any evaluation or treatment ordered here, Defendant shall complete any recommended aftercare program, including inpatient treatment, outpatient treatment, and any recommended counseling. If Defendant terminates any treatment program before it is completed, the treatment provider and Defendant shall immediately notify the U.S. Probation Officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On September 19, 2025, the undersigned officer reviewed the conditions of pretrial release with Mr. Abrams. Mr. Abrams acknowledged an understanding of the release conditions at that time.

**Violation #4:** Kamil Eugene Abrams is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting fentanyl on or about October 9, 2025.

On October 14, 2025, Mr. Abrams reported to the U.S. Probation Office and provided a urine specimen that tested presumptive positive for the presence of fentanyl. Mr. Abrams signed a substance abuse admission form admitting he smoked fentanyl on or about October 9, 2025.

PS-8
Re: Abrams, Kamil Eugene
October 21, 2025
Page 2

Additionally, the above-noted urine specimen was sent to Alere Toxicology Services (Alere) for further analysis.

On October 20, 2025, Alere confirmed the above-noted urine specimen tested positive for the presence of norfentanyl.

**Violation #5**: Kamil Eugene Abrams is alleged to have violated the conditions of pretrial release supervision by failing to attend a scheduled substance abuse assessment appointment on October 13, 2025.

On or about September 19, 2025, Mr. Abrams successfully completed inpatient substance abuse treatment at Pioneer Center East (PCE). PCE staff referred Mr. Abrams to Pioneer Human Services (PHS) for outpatient substance abuse treatment. His initial appointment for a substance abuse assessment at PHS was scheduled for October 2, 2025, at 9 a.m.

On October 2, 2025, Mr. Abrams failed to attend his scheduled substance abuse assessment appointment at PHS. Mr. Abrams reported to PHS later on October 2, 2025, and told staff he thought the appointment was at 1:30 p.m. on that date. He rescheduled his assessment at PHS for October 13, 2025.

On October 13, 2025, Mr. Abrams failed to attend his scheduled substance abuse assessment appointment at PHS. He reportedly scheduled another assessment appointment at PHS for October 22, 2025, at 10 a.m.

**Violation #6**: Kamil Eugene Abrams is alleged to have violated the conditions of pretrial release supervision by failing to report for random drug testing at PHS on October 17, 2025.

On September 19, 2025, Mr. Abrams was referred to the phase urinalysis testing program at PHS. Beginning on September 22, 2025, Mr. Abrams was instructed to call PHS daily to determine if he is required to submit to random drug testing.

On October 17, 2025, Mr. Abrams failed to report to PHS for random drug testing.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: October 21, 2025

by s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

PS-8
Re: Abrams, Kamil Eugene
October 21, 2025
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

October 21, 2025
_____
Date