PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 24, 2025

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Abrams, Kamil Eugene | Docket No. | 0980 2:25CR00075-RLP-7 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Kamil Eugene Abrams, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the Court at Spokane, Washington, on the 11th day of August 2025, under the following conditions:

**Condition #11:** Controlled Substances Prohibition: Defendant shall not use o possess any narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless of whether marijuana is legal under state law.

**Condition #14:** Alcohol Prohibition: Defendant shall not use or possess any alcoholic beverage. There shall be no alcohol in the home where Defendant resides. Defendant shall not go to any establishment where alcohol is the primary item of sale.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On September 19, 2025, the undersigned officer reviewed the conditions of pretrial release with Mr. Abrams. Mr. Abrams acknowledged an understanding of the release conditions at that time.

**Violation #7:** Kamil Eugene Abrams is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting fentanyl on or about October 15, 2025.

On October 22, 2025, Mr. Abrams reported to Pioneer Human Services (PHS) and participated in a substance use disorder assessment. As a part of that assessment, Mr. Abrams provided a urine specimen that tested presumptive positive for the presence of fentanyl. Subsequently, Mr. Abrams signed a substance use admission form acknowledging he ingested fentanyl on or about October 15, 2025.

On October 23, 2025, the undersigned officer confronted Mr. Abrams about his use of fentanyl. He acknowledged his use of fentanyl.

**Violation #8:** Kamil Eugene Abrams is alleged to have violated the conditions of pretrial release supervision by admitting to consuming alcohol on or about October 15, 2025.

On October 22, 2025, Mr. Abrams reported to PHS and participated in a substance use disorder assessment. As a part of that assessment, Mr. Abrams provided a urine specimen that tested presumptive positive for the presence of alcohol. Subsequently, Mr. Abrams signed a substance use admission form acknowledging he ingested alcohol on or about October 15, 2025.

On October 23, 2025, the undersigned officer confronted Mr. Abrams about his use of alcohol. Mr. Abrams advised his friend let him take a drink out of an energy beverage. He suspected alcohol was in the that beverage.

PS-8

Re: Abrams, Kamil Eugene
October 24, 2025
Page 2

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATIONS WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: October 24, 2025

by s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

Oct 24, 2025
Date