PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 06, 2026

SEAN F. McAVOY, CLERK

U.S.A. vs.     Abrams, Kamil Eugene     Docket No.     0980 2:25CR00075-RLP-7

## Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Kamil Eugene Abrams, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the Court at Spokane, Washington, on the 7th day of November 2025, under the following conditions:

**Condition #13:** Substance Abuse Evaluation and Treatment: Defendant shall participate and undergo a substance abuse evaluation. Pretrial Services may determine/approve the evaluators, schedule, and place of any evaluation. Defendant shall be responsible for the cost of testing, evaluation, and treatment, unless the United States Probation Office should determine otherwise. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, evaluation, treatment and performance in the program. It shall be the responsibility of defense counsel to provide such waivers. Following any evaluation or treatment ordered here, Defendant shall complete any recommended aftercare program, including inpatient treatment, outpatient treatment, and any recommended counseling. If Defendant terminates any treatment program before it is completed, the treatment provider and Defendant shall immediately notify the U.S. Probation Officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 4, 2025, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Abrams. Mr. Abrams acknowledged an understanding of the release conditions at that time.

**Violation #1:** Kamil Eugene Abrams is alleged to have violated the conditions of pretrial release supervision by being unsuccessfully discharged from inpatient substance abuse treatment on January 6, 2026.

On or about December 1, 2025, Mr. Abrams was released from custody and ordered to enter inpatient substance abuse treatment at Pioneer Center East (PCE) in Spokane, Washington.

On December 3, 2025, the undersigned officer was notified by Mr. Abrams' PCE counselor that he was starting to break facility rules at PCE. Subsequently, the undersigned officer discussed the importance of following PCE program rules with Mr. Abrams on December 4, 2025.

On December 30, 2025, Mr. Abrams' assigned counselor contacted the undersigned officer again to advise Mr. Abrams had been violating facility rules. The undersigned officer, again, discussed the importance of abiding by the rules of the PCE facility with Mr. Abrams on December 30, 2025.

On December 31, 2025, Mr. Abrams assigned counselor contacted the undersigned officer and reported continued facility rule violations. PCE staff conducted an intervention with Mr. Abrams to determine strategies for him to be a successful participant of the program.

On January 6, 2025, Mr. Abrams assigned counselor contacted the undersigned officer and advised he continued to violate program rules. Subsequently, Mr. Abrams was unsuccessfully discharged from inpatient treatment services at PCE on January 6, 2026.

PS-8

Re: Abrams, Kamil Eugene
January 6, 2026
Page 2

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:  January 6, 2026 |
| by | s/Erik B. Carlson |
|  | Erik B. Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

January 6, 2026
Date